**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

REBECCA GAYDOS,

    Plaintiff,

  vs.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

Civil Action No. 2:26-cv-00370

## PROPOSED ORDER

This matter having come before the Court by the Parties' joint notice of settlement and request to stay the proceedings to allow the Parties to finalize their settlement agreement:

IT IS ORDERED that the Parties' joint motion be granted and that all deadlines in this matter are stayed for a period of forty-five (45) days to allow the parties to finalize their settlement agreement.

Entered this __23rd__ day of June, 2026.

      s/ Mark R. Hornak
      _____
      UNITED STATES DISTRICT JUDGE

326646417v.1